```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION
             CASE NO. 07-20436-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLOS FLORES LOPEZ,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on April 3, 2009. A Report and Recommendation filed on April 14, 2009 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Three of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of June, 2009.

                                                   _____
                                                   DONALD L. GRAHAM
                                                   UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Eric Cohen, Esq.
        Michael Sofia, AUSA
```